UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Brianna Castelli, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Case No.: 1:24-cv-04574 |
| v. | ) |
| | ) Honorable Jeremy C. Daniel |
| JSN NETWORK, INC. and MCHENRY DONUTS, INC. D/B/A DUNKIN' DONUTS AND BASKIN ROBBINS, | ) |
| | ) |
|    Defendants. | ) |

**DEFENDANT MCHENRY DONUTS, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

NOW COMES Defendant, **MCHENRY DONUTS, INC.**, by and through its attorneys, Koehler Dinkel LLC, and pursuant to Federal Rules of Civil Procedure 12(b)(4) (for insufficient process), 12(b)(5) (for insufficient service of process), and additionally and alternatively 12(b)(6) (for failure to state a claim), hereby moves this Court for an Order dismissing Plaintiff's Amended Complaint in its entirety. Defendant McHenry Donuts, Inc., submits a Memorandum of Law in Support of its Motion to Dismiss, filed simultaneously herewith.

Dated: November 25, 2024

Respectfully submitted,

**MCHENRY DONUTS, INC.**

By: /s/ *Stephanie Dinkel*

Stephanie M. Dinkel, Esq.
KOEHLER DINKEL LLC
900 S. Frontage Rd., Suite 300
Woodridge, Illinois 60517
Telephone: (630) 505-9939
sdinkel@kdllclaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 25, 2024, she electronically filed the foregoing **DEFENDANT MCHENRY DONUTS, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Kent D. Sinson
Sinson Law Group, LLC
100 N. LaSalle Street
Suite 1100
Chicago, IL 60602
(312) 332-2107
Email: kent@sinsonlawgroup.com

By: */s/ Stephanie M. Dinkel*
Stephanie M. Dinkel, Esq.
Koehler Dinkel, LLC
900 S. Frontage Road, Suite 300
Woodridge, Illinois 60517
Telephone: (630) 505-9939
Facsimile: (630) 505-9969
E-mail: sdinkel@kdllclaw.com